IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

COREY LAVELL GRAHAM,

     Appellant,

v.                                 Case No.  5D22-2666
                                     LT Case No.  2013-CF-045337-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed January 31, 2023

3.800 Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Corey Lavell Graham, Milton, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.

EDWARDS, EISNAUGLE and EVANDER, JJ., concur.